In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of LOUIS C. KRAUTHOFF, Deceased, et al., Respondents; SAMUEL GRANT et al., as Executors of MARGARET G. KRAUTHOFF, Deceased, Appellants.

(Submitted June 6, 1934; decided July 3, 1934.)

*Thomas J. Blake* for appellants.

*William A. Robinson* for Olive B. Krauthoff, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.